IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:06CR246 |
| ) | |
| BRYAN DALE GREEN, ) | **SCHEDULING ORDER** |
| ) | |
| Defendant. ) | |

   Pursuant to the Memorandum and Order of Judge Laurie Smith Camp [29] entered on December 20 2006,

   IT IS ORDERED that the Change of Plea is reset for hearing on **January 30, 2007** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

   Since this is a criminal case, the defendant must be present, unless excused by the Court.

   DATED this 27th day of December, 2006.

                              BY THE COURT:


                              s/ F.A. Gossett
                              United States Magistrate Judge